**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

ALBERT JEROME BUSTILLOS,

    Plaintiff,

v.   Civ. No. 20-1336 JB/GJF

CITY OF CARLSBAD, NEW MEXICO
and SERGEANT DANIEL VASQUEZ OF
CARLSBAD POLICE DEPARTMENT,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS

THIS MATTER is before the Court on Defendants' Motion to Stay Proceedings [ECF 13] ("Motion"). Defendants' Motion was filed on February 12, 2021, and Plaintiff did not respond to this Motion. *See* D.N.M.LR-Civ. 7.4(a) (establishing that "[a] response must be served and filed within fourteen (14) calendar days after service of the motion"). Because "[t]he failure of [Plaintiff] to file and serve a response in opposition to [this Motion] within the time prescribed for doing so constitutes consent to grant the motion," D.N.M.LR-Civ. 7.1(b), the Court will **GRANT** Defendants' Motion.

**IT IS THEREFORE ORDERED** that Defendants' Motion is **GRANTED**. All proceedings in this case, including discovery, are hereby **STAYED** pending the Court's resolution of Defendants' "Motion to Dismiss, or Alternatively, Motion for Summary Judgment on Plaintiff's Complaint and for Qualified Immunity" [ECF 11].

**SO ORDERED.**

*(signature)*
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE